UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CARL C. OSBORNE, Surviving Spouse and Next of Kin of Deceased, JANICE K. OSBORNE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:16-CV-4-PLR-HBG |
| STEVEN E. KNICELEY and GILBERT WYATT, | ) ) ) | *Lead Case Consolidated with* |
| Defendants, | ) ) ) | |
| STEVEN E. KNICELEY and TARA KNICELEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:16-CV-24-PLR-HBG |
| CARL C. OSBORNE, Surviving Spouse and Next of Kin of Deceased, JANICE K. OSBORNE, and GILBERT WYATT, | ) ) ) ) | |
| Defendant. | ) ) | |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

On March 3, 2017, the parties appeared before the Court to address several disputes that had arisen during the course of discovery. Present representing Mr. Osborne and the estate of Mrs. Osborne was Stephen Gillman, David Hollow, and Christopher Coffey. Present representing the Kniceleys and Mr. Wyatt was Terry Adkins and Mary Jo Mann.

After hearing presentations from the parties regarding outstanding written discovery and concerns involving the inspection of the vehicles involved in this case, the Court **ORDERS** as follows:

1. Inspection of the Toyota Rav 4 shall be conducted at the vehicle's current location in Madisonville, Tennessee on or before **March 31, 2017**;

2. Inspection of the GMC pickup truck shall be conducted in Hamilton, Ohio on or before **March 31, 2017**;

3. Counsel for Mr. Wyatt shall send current photographs of the GMC pickup truck, showing all areas of post-accident repair work, as well as all written information as to what repairs the truck has undergone, to opposing counsel by **March 10, 2017**;

4. Each party shall download the black box data from their respective vehicle and exchange said information with the other party no later than **March 31, 2017**;

5. The Kniceleys shall submit Rule 26 disclosures and respond to all outstanding written discovery requests by **March 31, 2017**; and

6. Depositions shall be scheduled by agreement of the parties in a timely manner and following the inspection of the vehicles and exchange of the discovery ordered herein.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge